**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JESUS J. GERVACIO, THAIS LUNA, and ABEL VERA CITLAHUA.

          Plaintiffs,

-against-

ALLERTON DINER INC., GOLDEN EAGLE RESTAURANT INC., SHORE ROAD DINER CORP., and GREGORY GARCIA,

          Defendants.

------------------------------------- x

ORDER APPROVING FLSA SETTLEMENT

16 Civ. 3667 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Plaintiffs Jesus J. Gervacio and Abel Vera Citlahua and Defendants Allerton Diner Inc., Golden Eagle Restaurant Inc., Shore Road Diner Corp., and Gregory Garcia have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF Nos. 67, 69.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff Gervacio in the amount of $20,363.28 is approved;

2. The settlement payment to Plaintiff Citlahua in the amount of $25,942.68 is approved; and

3. The payment of attorneys' fees and expenses to Plaintiffs Gervacio's and Citlahua's attorneys in the amount of $23,694.00 is approved.

4. This action as to Plaintiffs Gervacio's and Citlahua's claims is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
November 6, 2019

NOV 0 7 2019

SO ORDERED.

*George B. Daniel*
GEORGE B. DANIELS
United States District Judge